# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BILLY MACK NICHOLS, JR.**
**ADC #92713**                                                                                     **PLAINTIFF**

V.                              CASE NO. 5:15-CV-3-BRW-BD

**ANGELA STARKS-TYLER, et al.**                                            **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' motion for judgment on the pleadings (docket entry #20) is GRANTED, in part, and DENIED, in part. Mr. Nichols may proceed on his deliberate-indifference claims against Defendants Angela Starks-Tyler and Gregory Chambers. His claims against Defendants William Straughn and Marvin Evans are DISMISSED, with prejudice.

IT IS SO ORDERED, this 13th day of April, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE