# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BILLY MACK NICHOLS, JR.**
**ADC #92713**                                                                                                      **PLAINTIFF**

**VS.**                          **CASE NO. 5:15-CV-3-BRW-BD**

**ANGELA STARKS-TYLER, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Nichols's "petition for writ of mandamus/restraining order" (Doc. No. 38) is DENIED.

IT IS SO ORDERED, this 16th day of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE