# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BILLY MACK NICHOLS, JR.**
**ADC #92713**                                                                                           **PLAINTIFF**

**VS.**                         **5:15-CV-00003-BRW-BD**

**ANGELA STARKS-TYLER,** *et al.*                                                       **DEFENDANTS**

## ORDER

I have received the Partial Recommended Disposition filed by United States Magistrate Judge Beth Deere.[1] Mr. Nichols has objected.[2] After careful review of the Recommendation, Mr. Nichols's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation as my findings in all respects.

Accordingly, Mr. Nichols's motion for preliminary injunctive relief (Doc. No. 48) is DENIED.

IT IS SO ORDERED, this 4th day of May, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 76.

[2] Doc. No. 87.