# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BILLY MACK NICHOLS, JR.**
**ADC #92713**                                                                                          **PLAINTIFF**

**V.**                       **CASE NO. 5:15-CV-00003-BRW-BD**

**ANGELA STARKS-TYLER,** *et al.*                                                           **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Nichols's timely objections, and a *de novo* review of the record, the Court approves and adopts the Recommendation as its findings in all respects.

Mr. Nichols's Motion to Amend Complaint (Doc. No. 160) is DENIED, without prejudice.

IT IS SO ORDERED, this 26th day of August, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE