**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BILLY MACK NICHOLS, JR.**
**ADC #92713**                                                                                                    **PLAINTIFF**

VS.                                           **5:15-CV-0003-BRW-BD**

**ANGELA STARKS-TYLER,** *et al.*                                                            **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Nichols's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Nichols's requests for preliminary injunctive relief (Doc. Nos. 167, 171, 172, 174) are DENIED. The Motion to Amend Recommended Disposition (Doc. No. 240) is DENIED.

IT IS SO ORDERED, this 16th day of December, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE