**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BILLY MACK NICHOLS, JR.
ADC #92713**                                                                                                  **PLAINTIFF**

**VS.**                                        **5:15-CV-00003-BRW-BD**

**ANGELA STARKS-TYLER,** *et al.*                                                         **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Nichols's timely objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 211) is GRANTED. Plaintiff's claims against Defendants Starks-Tyler and Chambers are DISMISSED, with prejudice. Mr. Nichols's remaining motions (Doc. Nos. 168, 173, 218, 226, 230, 232, 233, 235, 236, 237) are DENIED as MOOT.

IT IS SO ORDERED, this 11th day of January, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE